

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 02-10020 |
| VERSUS | * | JUDGE DRELL |
| DON W. SLATER<br>DANIEL PATTON | * | MAGISTRATE JUDGE KIRK |

### FINAL JUDGMENT OF FORFEITURE

WHEREAS, on May 25 and 27, 2005, this Court entered Amended Orders of Forfeiture pursuant to the provisions of 18 U.S.C. § 982(a)(1), based upon the Plea Agreements and Consent Decrees of Forfeiture entered by the defendants forfeiting:

1. Six million nine hundred seventy five thousand ($6,975,000.00) dollars involved in the offenses described in Counts 2 through 20, or equivalent deposited funds and all interests and proceeds traceable thereto.

2. A certain piece, parcel or tract of land, together with all buildings, whether movable or immovable, and improvements thereon, including but not limited to a Premier Bellmont Mobile Home, VIN # MSB982880S1\2SN32943 situated and located in Section 50, Township 9 North, Range 6 West, Natchitoches Parish, Louisiana bearing municipal address of 400 Laird Fletcher Road, Natchitoches, Louisiana, and being more fully described as Lot 4 of Southwood Estates, Unit #2 as more fully shown on a certificate of survey prepared by Jack E. Farmer, PLS dated August 26, 1997, and recorded at Map Slide 425B of the Records of Natchitoches Parish, Louisiana.

AND WHEREAS, on June 10, 17 and 24 of 2005, the United States published in The Town Talk, an Alexandria newspaper of general circulation, notice of this forfeiture and of the intent of the United States to dispose of the property with the law and further

notifying all third parties of their right to petition the Court within thirty (30) days for a hearing to adjudicate the validity of their alleged legal interest in the property;

AND WHEREAS, it appears from the record that no claims, contested or otherwise, have been filed for the property described in this Court's May 25 and 27, 2005 Orders of Forfeiture;

IT IS HEREBY ORDERED, ADJUDGED and DECREED:

That full right, title and interest to:

1. Six million nine hundred seventy five thousand ($6,975,000.00) dollars involved in the offenses described in Counts 2 through 20, and all interests and proceeds traceable thereto.

2. A certain piece, parcel or tract of land, together with all buildings, whether movable or immovable, and improvements thereon, including but not limited to a Premier Bellmont Mobile Home, VIN # MSB982880S1\2SN32943 situated and located in Section 50, Township 9 North, Range 6 West, Natchitoches Parish, Louisiana bearing municipal address of 400 Laird Fletcher Road, Natchitoches, Louisiana, and being more fully described as Lot 4 of Southwood Estates, Unit #2 as more fully shown on a certificate of survey prepared by Jack E. Farmer, PLS dated August 26, 1997, and recorded at Map Slide 425B of the Records of Natchitoches Parish, Louisiana.

are hereby condemned, forfeited and vested in the United States of America, and shall be seized and disposed of according to the law by the United States Marshals Service.

The Clerk is hereby directed to send copies of this Order to all counsel of record.

SO ORDERED this 13th day of February, 2007, at Lafayette, Louisiana.

DEE D. DRELL
United States District Judge